# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE FARFAN, | ) | Case No. ED CV 19-1073-RGK (PLA) |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER CLOSING CASE** |
| SHERIFF, et al., | ) | |
| Defendant(s). | ) | |

On June 14, 2019, the Court denied plaintiff's request to file this action without prepayment of the filing fees, but granted plaintiff leave to amend. The Court advised plaintiff that he may re-submit the IFP application and Complaint to the Court if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff was also advised that if he failed to submit

/
/
/
/
/
/
/
/

the required documents within 30 days, the case would be dismissed.  Plaintiff has failed to submit the required documents or otherwise respond.  Accordingly, the case is closed.

IT IS SO ORDERED.

Dated: July 30, 2019

_____
Hon. R. Gary Klausner
United States District Judge

Presented by:

_____
Hon. Paul L. Abrams
United States Magistrate Judge